IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARCUS ANTHONY TERRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-178 |
| | ) | |
| EDWARD PHILBIN; OFFICER HARMON; COUNSELOR SMITH; and MEDICAL DIRECTOR, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, currently incarcerated at Wilcox State Prison in Abbeville, Georgia, submitted a complaint for filing pursuant to 42 U.S.C. § 1983 in the Middle District of Georgia. (Doc. no. 1.) On August 4, 2025, United States District Judge Marc T. Treadwell severed Plaintiff's claims concerning events alleged to have occurred at Augusta State Medical Prison in Augusta, Georgia and transferred these claims to the Southern District of Georgia. (Doc. nos. 21, 22.) On August 8, 2025, the Court directed Plaintiff to submit an amended complaint and either a motion to proceed in forma pauperis ("IFP") or pay the filing fee. (Doc. no. 24.) Plaintiff thereafter moved for an extension of time to comply, which the Court granted in its September 4th, 2025 Order. (Doc. nos. 25, 26.) On October 9, 2025, after receiving no response from Plaintiff, the Court recommended dismissing the case without prejudice because Plaintiff failed to timely submit either a motion to proceed *in forma pauperis* or the filing fee. (See doc. no. 27.)

On October 27, 2025, the Court received Plaintiff's amended complaint and motion to proceed *in forma pauperis*, dated September 23, 2025.  (See doc. no. 29, p. 20; doc. no. 30, p. 2.)  Plaintiff included as an attachment to his amended complaint a statement explaining an issue with the prison mail system prevented Plaintiff's amended complaint and motion to proceed *in forma pauperis* from mailing as expected.  (Doc. no. 29, p. 38.)  Accordingly, the Court **VACATES** its October 9th recommendation for dismissal for failure to prosecute.  (Doc. no. 27.)  By simultaneously entered Report and Recommendation, the Court recommends Plaintiff's request to proceed *in forma pauperis* be denied and this action be dismissed without prejudice.

SO ORDERED this 3rd day of December, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA